IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVE JOHNSON; and BARBARA )
JOHNSON )
            )   No. 3-11-0401
v. )
            )
STATE FARM FIRE & CASUALTY )
COMPANY; ED UNDERWOOD; and )
ELAINE VEACH )

O R D E R

The parties' joint motion to reschedule case management conference (Docket Entry No. 5) is GRANTED.

The initial case management conference, scheduled on June 6, 2011, is RESCHEDULED to **Wednesday, July 13, 2011, at 9:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe

it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

The Clerk is directed to enter Brigid M. Carpenter and Caldwell G. Collins as counsel for defendants Ed Underwood and Elaine Veach at Baker, Donelson, Bearman, Caldwell & Berkowitz at Baker Donelson Center, Suite 800, 211 Commerce Street, Nashville, TN 37201 (phone 615-726-5762), with email addresses for Ms. Carpenter as bcarpenter@bakerdonelson.com and for Mr. Collins as cacollins@bakerdonelson.com., and to send a copy of this order to them by regular, first class mail or by email.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge