IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STEVE JOHNSON, and wife, <br> BARBARA JOHNSON <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE & CASUALTY <br> COMPANY, ED UNDERWOOD and <br> ELAINE VEACH, <br><br> Defendants. | Case. No. 3:11-cv-00401 |

## MOTION TO DISMISS COMPLAINT ON BEHALF OF
## DEFENDANT ED UNDERWOOD AND DEFENDANT ELAINE VEACH

Defendant Ed Underwood and Defendant Elaine Veach (collectively, "Defendants") move this Court to dismiss Plaintiffs' Complaint because Plaintiffs have filed an identical complaint that is still pending in state court, and therefore the complaint filed in this Court should be dismissed based on the doctrine of abstention.

In support of this motion, Defendants rely upon the accompanying memorandum of law.

1

N AEG 826311 v1
2787551-000241 05/27/2011
Case 3:11-cv-00401   Document 10   Filed 06/06/11   Page 1 of 2 PageID #: 117

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (B.P.R. No. 18134)
bcarpenter@bakerdonelson.com
Caldwell G. Collins (B.P.R. No. 28452)
cacollins@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Suite 800, Baker Donelson Center
211 Commerce Street
Nashville, Tennessee 37201
(615)726-5600

*Attorneys for Defendants Ed Underwood and Elaine Veach*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2011, a true and correct copy of the foregoing document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

J. Brandon McWherter, Esq.
Jessica F. Salonus, Esq.
Gilbert Russell McWherter, PLC
101 N. Highland
Jackson, TN 38301

Christopher Lee Vescovo
Brian S. Faughnan
Thomason, Hendrix, Harvey, Johnson & Mitchell
40 South Main Street
One Commerce Square
29th Floor
Memphis, TN 38103

*s/ Brigid M. Carpenter*
Brigid M. Carpenter

2