# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSSEE

**STEVE JOHNSON, and wife,**
**BARBARA JOHNSON**

          **Plaintiffs,**

**vs.**                                                     **No. 3:11-cv-00401**
                                                                  **JURY DEMANDED**

**STATE FARM FIRE & CASUALTY COMPANY,**
**ED UNDERWOOD, and ELAINE VEACH,**

          **Defendants.**

## PLAINTIFFS' MOTION TO STAY FEDERAL COURT PROCEEDINGS

COME NOW Steve and Barbara Johnson (hereafter "Plaintiffs"), by and through counsel, and moves for an Order staying further proceedings in this matter pending resolution of the lawsuit regarding the same subject matter that was filed in the Circuit Court of Davidson County, Tennessee, at Nashville, on October 4, 2010, styled <u>Steve Johnson, and wife, Barbara Johnson v. State Farm Fire & Cas. Co., Ed Underwood & Elaine Veach</u>, No. 10C3878, or dismissal for lack of jurisdiction, whichever comes first. Plaintiffs' counsel has contacted counsel for Defendants regarding the relief requested. Defendants Underwood and Veach do not oppose Plaintiffs' request for a stay. Defendant State Farm does not consent.

In support thereof, Plaintiffs submit herewith a Memorandum of Law in Support of Motion to Stay Federal Court Proceedings.

Respectfully submitted,

**GILBERT RUSSELL McWHERTER PLC**

*/s/ J. Brandon McWherter*_____
J. BRANDON MCWHERTER #21600
JESSICA F. SALONUS #28158
*Attorneys for Plaintiffs*
101 N. Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
bmcwherter@gilbertfirm.com
jsalonus@gilbertfirm.com


### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2011, a true and correct copy of the foregoing document was served electronically on the following counsel of record via the Court's electronic filing system:

Brigid M. Carpenter
Caldwell G. Collins
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Baker Donelson Center
Suite 800
211 Commerce Street
Nashville, TN  37201

Christopher L. Vescovo
Thomason, Hendrix, Harvey, Johnson & Mitchell
40 South Main St., 29th Floor
Memphis, TN  38103

*/s/ J. Brandon McWherter*_____