IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVE JOHNSON, et al. | ) |
| | ) |
| v. | ) NO. 3-11-0401 |
| | ) JUDGE CAMPBELL |
| STATE FARM FIRE & CASUALTY | ) |
| COMPANY, et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Motion to Stay Federal Court Proceedings (Docket No. 12), to which no opposition has been filed. Plaintiffs ask the Court to stay this action, pending resolution of a lawsuit involving the same subject matter in state court.

Plaintiffs' Motion is GRANTED, and this action is stayed, pending further Order of the Court and subject to being reopened upon Motion of any party herein. The parties shall notify the Court when the pending state litigation has been resolved.

Defendants' pending Motion to Dismiss (Docket No. 10) is denied without prejudice to being re-filed if and when this action is reopened. The Clerk is directed to close the file administratively.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE