# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSSEE

**STEVE JOHNSON, and wife,**
**BARBARA JOHNSON**

        **Plaintiffs,**

**vs.**           No. 3:11-cv-00401
         JURY DEMANDED

**STATE FARM FIRE & CASUALTY COMPANY,**
**ED UNDERWOOD, and ELAINE VEACH,**

        **Defendants.**

## STIPULATION OF DISMISSAL

Come now the parties, by and through counsel, and give notice to the Court that all matters in dispute and controversy have been resolved by way of settlement and compromise and that this matter may be dismissed, with prejudice.

Dated: April 3, 2012.

        Respectfully submitted,

        **GILBERT RUSSELL McWHERTER PLC**

        */s/ J. Brandon McWherter*
        J. BRANDON MCWHERTER #21600
        JESSICA F. SALONUS #28158
        *Attorneys for Plaintiffs*
        101 N. Highland
        Jackson, Tennessee 38301
        Telephone: (731) 664-1340
        bmcwherter@gilbertfirm.com
        jsalonus@gilbertfirm.com

**THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC**

/s/ Christopher L. Vescovo
CHRISTOPHER L. VESCOVO #14516
*Attorneys for Defendant State Farm*
40 South Main Street, Suite 2900
Memphis, TN 38103
Telephone: 901-525-8721

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

/s/ Brigid M. Carpenter
BRIGID M. CARPENTER #18134
*Attorney for Defendants Veach and Underwood*
211 Commerce St., Suite 800
Nashville, Tennessee 37201
Telephone: 615-726-5600