IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSSEE

STEVE JOHNSON, and wife,
BARBARA JOHNSON

        **Plaintiffs,**

vs.                                                   No. 3:11-cv-00401
                                                          JURY DEMANDED

STATE FARM FIRE & CASUALTY COMPANY,
ED UNDERWOOD, and ELAINE VEACH,

        **Defendants.**

## ORDER OF DISMISSAL

      This Court, having received a Joint Stipulation of Dismissal submitted by all parties, hereby dismisses this action with prejudice. Parties shall be responsible for their own attorney fees and costs.

      ENTERED ON THIS THE ___ DAY OF APRIL, 2012.

                                                                      _/s/ Todd Campbell_
                                                                      JUDGE

SUBMITTED FOR APPROVAL BY:

Respectfully submitted,

**GILBERT RUSSELL McWHERTER PLC**

*/s/ J. Brandon McWherter*_____
J. BRANDON MCWHERTER #21600
JESSICA F. SALONUS #28158
*Attorneys for Plaintiffs*
101 N. Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
bmcwherter@gilbertfirm.com
jsalonus@gilbertfirm.com

**THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC**

/s/ Christopher L. Vescovo
CHRISTOPHER L. VESCOVO #14516
*Attorneys for Defendant State Farm*
40 South Main Street, Suite 2900
Memphis, TN 38103
Telephone: 901-525-8721

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

/s/ Brigid M. Carpenter_____
BRIGID M. CARPENTER #18134
*Attorney for Veach and Underwood*
211 Commerce St., Suite 800
Nashville, Tennessee 37201
Telephone: 615-726-5600